# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| ) | **Case No. 07-5073-01-CR-SW-RED** |
| **v.** ) | |
| ) | |
| **ROBERT THOMAS,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge (Doc. 78). In his Report and Recommendation, the Magistrate Judge recommends that Defendant Robert Thomas be declared competent to stand trial. The recommendation was based on a psychiatric/psychological evaluation conducted at the United States Medical Center for Federal Prisoners in Springfield, Missouri, where the mental health experts concluded Defendant is able to understand the nature of consequences of the proceedings against him, and does not manifest a mental illness which would impair his ability to assist in the defense. After review, the Court adopts the Report and Recommendation of the United States Magistrate Judge as the order of this Court, and Defendant is hereby declared competent to stand trial.

**IT IS SO ORDERED.**

DATE: February 18, 2009   */s/ Richard E. Dorr*
RICHARD E. DORR, JUDGE
UNITED STATES DISTRICT COURT